ALBERT W. SEAMAN, as Trustee of the Estate of ELIZA EAGLE, Deceased, Respondent, *v.* GILMORE CLARKE et al., as Executors of DAVID CLARKE, Deceased, Appellants.

*Seaman* v. *Clarke.* 60 App. Div. 416, affirmed.
(Argued March 3, 1902; decided March 25, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered August 1, 1901, upon an order which reversed an order of a Trial Term setting aside a verdict in favor of plaintiff directed by the court and dismissing the complaint and directed judgment upon said verdict.

*Leopold Leo* and *Robert P. Orr* for appellants.

*Sol Kohn* and *William S. Lewis* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, MARTIN, VANN, CULLEN and WERNER, JJ.